UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANALIA D. TOROS,

    PLAINTIFF

v.                                          CIVIL ACTION NO. 3:06CV-565-H

NATIONWIDE CREDIT, INC.,

    DEFENDANT.

## AGREED ORDER

    The Court, on the agreement of the parties, having reviewed the record, and for good cause appearing;

    HEREBY ORDERS AND ADJUDGES that all claims asserted by the plaintiff against Nationwide Credit, Inc., shall be, and are hereby, dismissed with prejudice. Each party shall bear their own costs. This is a final and appealable order.

SEEN AND AGREED TO:


/s/ Ellen Friedman
Ellen Friedman
125 S. 6th St., Suite 300
Louisville, KY 40202
COUNSEL FOR PLAINTIFF



/s/ Andrew G. Beshear
Matthew W. Breetz
Andrew G. Beshear
STITES & HARBISON
Suite 1800
400 W. Market Street
Louisville, KY 40202
(502) 587-3400
COUNSEL FOR DEFENDANT

NA128:000NA:572383:1:LOUISVILLE